O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MATTIE JOHNSON,                           )        CASE NO. CV 10-00531 MMM (RZ)
                                          )
                    Petitioner,           )
                                          )        ORDER ACCEPTING FINDINGS AND
         vs.                              )        RECOMMENDATIONS OF UNITED
                                          )        STATES MAGISTRATE JUDGE
STATE OF CALIFORNIA,                      )
                                          )
                    Respondent.           )
                                          )

         Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on
file, and the Report and Recommendation of United States Magistrate Judge.  Petitioner
has not filed any written objections to the Report.  The Court accepts the findings and
recommendations of the Magistrate Judge.

DATED: June 15, 2010

_____
        MARGARET M. MORROW
     UNITED STATES DISTRICT JUDGE