O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MATTIE JOHNSON, | ) | CASE NO. CV 10-00531 MMM (RZ) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| STATE OF CALIFORNIA, | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of MATTIE JOHNSON, for a writ of habeas corpus.  Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.


DATED:  June 15, 2010


_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE